Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582
E-mail: greg@karasiklawfirm.com

Santos Gomez (SBN 172741)
Maria Esmeralda Vizzusi (SBN 289908)
**Law Offices of Santos Gomez**
1003 Freedom Boulevard
Watsonville, CA 95076
Tel: (831) 228-1560
Fax: (831) 228-1542
santos@lawofficesofsantosgomez.com
esmeralda@lawofficesofsantosgomez.com

Attorneys for Plaintiffs
REGINA GONZALES GOMEZ and
FIDEL GUERRERO COMOFORT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REGINA GONZALES GOMEZ, and FIDEL GUERRERO COMOFORT, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FERNANDEZ BROTHERS, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 5:17-cv-01863-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: May 24, 2018<br>Time: 9:00 a.m.<br>Ctrm: 4 |

The motion of plaintiffs Regina Gonzales Gomez and Fidel Guerrero Comofort ("Plaintiffs") for an order granting final approval of the class action settlement (the "Settlement") reached with defendant Fernandez Brothers, Inc. ("Defendant"), that was preliminarily approved by the Court on January 3, 2018, came regularly on for hearing. Good cause having been shown, Plaintiffs' motion is GRANTED and IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     The Court grants final approval of the Settlement and finds the terms of the Settlement to be fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; and the maximum amounts allocated to an incentive payment, costs and attorney's fees.

2.     The Court certifies for settlement purposes the Settlement Class described in the Settlement, comprised of all persons who, at any time between April 4, 2013 and September 14, 2017, worked for Defendant as a seasonal agricultural worker who performed field work harvesting strawberries.

3.     The Court finds that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4.     The Court orders that all class members who did not timely file a request for exclusion from the Settlement are barred from prosecuting against the Released Parties any and all released claims as set forth in the Settlement.

5.     The Court orders that Defendant make a payment into the settlement fund, in accordance with the procedures set forth in the Settlement, of the amount needed to fund all amounts payable under the Settlement.

6.     The Court orders payment from the settlement fund of settlement administration fees to Atticus Administration in the amount of $10,000 in accordance with the procedures set forth in the Settlement.

7.     The Court awards Plaintiffs the amount of $320,000 for reasonable attorney's fees, to be paid from the settlement fund in accordance with the procedures set forth in the Settlement.

8.     The Court awards Plaintiffs the amount of $5,108.12 for reasonable litigation costs, to be paid from the settlement fund in accordance with the procedures set forth in the Settlement.

8. The Court awards Plaintiffs the amount of $10,000 each as a class representative enhancement payment, to be paid from the settlement fund in accordance with the procedures set forth in the Settlement.

9. The Court directs that this order be entered as a final judgment dismissing the action with prejudice.

10. The Court orders that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment.

Dated: May 24, 2018

_____
United States District Judge